| | |
|---|---|
| BEFORE: STEVEN L. TISCIONE | DATE: 9/8/2023 |
| UNITED STATES MAGISTRATE JUDGE | TIME: 1:00 P.M. |

## CRIMINAL CAUSE FOR GUILTY PLEA

**FILED CLERK**
1:45 pm, Sep 08, 2023
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

**DOCKET No. 23-CR-170**

**DEFENDANT: Enri Cela**    DEF. #
☒ Present    ☐ Not Present    ☐ Custody    ☒ Bail/Surrender

**DEFENSE COUNSEL**: **Alain Massena**
☐ Federal Defender    ☐ CJA    ☒ Retained

**A.U.S.A.**: **Anthony Bagnuola**

INTERPRETER: N/A

PROBATION OFFICER/PRETRIAL: N/A

COURT REPORTER/FTR LOG: 1:05 PM – 1:20 PM. MAGISTRATE DEPUTY: RWJB

☒    Case called        ☒    Counsel for all sides present

☒    Defendant is sworn, informed of his rights, and waives trial before District Court

☒    Defendant enters a Plea of Guilty to an Indictment charging violation of 21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute Marijuana)

☒ Court finds a factual basis for the plea and recommends that the District Judge accept it

Sentencing:    ☒  Set for January 19, 2024 at 12:00 PM before Judge Brown

☐   To be determined/set by probation

Defendant:    ☒  Continued in Custody

☐  Bail Set/Continued

☒    Plea agreement marked as Ex. 1 and returned to the Government.

☒    Transcript ordered

OTHER:  Upon Defendant's consent to proceed before a United States Magistrate Judge, Magistrate Judge Tiscione, having administered the allocution and finding that the plea was knowingly and voluntarily made and not coerced, recommends that the plea of guilty be accepted by the District Judge. Defense Counsel requested he be present for pre-sentence interview. Granted