

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

FR:TR
F. #2022R00162

*610 Federal Plaza*
*Central Islip, New York 11722*

September 19, 2023

By ECF
The Honorable Gary R. Brown
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

    Re: United States v. Enri Cela
       Criminal Docket No. 23-170 (GRB)

Dear Judge Brown:

    Enclosed please find a proposed Preliminary Order of Forfeiture (the "Preliminary Order") in the above-referenced case, the terms of which the defendant Enri Cela, has agreed to in connection with his guilty plea before the Honorable Steven L. Tiscione on September 8, 2023. The government respectfully requests that the Court enter the enclosed Preliminary Order pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

    Thank you for Your Honor's consideration of this submission.

            Respectfully submitted,

            BREON PEACE
            United States Attorney

        By: /s/ Tracie Razzagone
           Tracie Razzagone
           Special Assistant U.S. Attorney
           (631) 715-7891

Encl.: Preliminary Order of Forfeiture
cc:  Counsel of Record (by ECF)